UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA WHITEROCK,<br><br>    Plaintiff,<br><br>    v.<br><br>OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, et al.,<br><br>    Defendants. | Case No. 15-cv-01033-KAW<br><br>**ORDER GRANTING DEFENDANT OLD REPUBLIC'S MOTION FOR JOINDER IN DEFENDANT M&T'S MOTION TO DISMISS**<br><br>Re: Dkt. No. 12 |

On March 20, 2015, Defendant Old Republic Default Management Services filed a notice of joinder in co-defendant Manufacturers and Traders Company's motion to dismiss Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (Not. of Joinder, Dkt No. 12.)

Old Republic was the foreclosing trustee under M&T's deed of trust. (Mot. to Dismiss, Dkt. No. 8 at 5.) Plaintiff had until April 6, 2015 to file an opposition to the notice of joinder to the motion to dismiss, but no opposition was filed. Accordingly, Old Republic shall be joined in M&T's motion on the grounds that its joinder is unopposed. *See* Judge Westmore's General Standing Order ¶ 22 ("The failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion").

IT IS SO ORDERED.

Dated: April 7, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge