UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAULA WHITEROCK,

    Plaintiff,

v.

OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, et al.,

    Defendants.

Case No. 15-cv-01033-KAW

**ORDER TO SHOW CAUSE; ORDER CONTINUING HEARING ON MOTION TO MAY 21, 2015**

Re: Dkt. No. 8

On December 10, 2014, Plaintiff Paula Whiterock, proceeding pro se, filed this mortgage case against Defendants Old Republic Default Management Services and Manufacturers and Traders Trust Company ("M&T"). (Compl., Dkt. No. 1, Ex. 1.) On March 11, 2014, M&T filed a motion to dismiss in this action, which was joined by co-defendant Old Republic. (Dkt. Nos. 8 & 12.)

Pursuant to Civil Local Rule 7-3, Plaintiff's opposition was due on March 30, 2015. Plaintiff did not file an opposition.

Accordingly, by no later than **May 1, 2015**, the Court orders Plaintiff to (1) show cause why her case should not be dismissed for failure to prosecute, and (2) file either an opposition to the motion to dismiss or a statement of non-opposition to the motion to dismiss. The response to this order to show cause and the opposition should be filed as separate documents. Failure to timely file both documents may result in the dismissal of this action for failure to prosecute. *See* Judge Westmore's General Standing Order ¶ 22 ("The failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion").

To aid in her compliance with this order, Plaintiff may wish to consult a manual the court

has adopted to assist pro se litigants in presenting their case. This manual, and other free information, is available online at: *http://cand.uscourts.gov/proselitigants*. Plaintiff may also contact the Federal Pro Bono Project's Help Desk—a free service for pro se litigants— by calling (415) 782-8982 to make an appointment to have any remaining questions answered.

Additionally, the April 16, 2015 hearing on the motion to dismiss is continued to **May 21, 2015** at U.S. District Court, 1301 Clay Street, Oakland, California at 11:00 a.m. in Courtroom 4.

IT IS SO ORDERED.

Dated: April 7, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge