1

2

3

4

## UNITED STATES DISTRICT COURT

5

## NORTHERN DISTRICT OF CALIFORNIA

6

7   PAULA WHITEROCK,

Plaintiff,

8

9   v.

10  OLD REPUBLIC DEFAULT
    MANAGEMENT SERVICES, et al.,

11  Defendants.

Case No.  15-cv-01033-KAW

**ORDER REGARDING PLAINTIFF'S
FAILURE TO RESPOND TO THE JULY
27, 2015 ORDER TO SHOW CAUSE**

12

13          On July 27, 2015, the Court ordered Plaintiff to "(1) show cause why her case should not

14  be dismissed for failure to prosecute, and (2) file either an opposition to the motion to dismiss or a

15  statement of non-opposition to the motion to dismiss." (Dkt. No. 40 at 1.)  Plaintiff was advised

16  that the response to the order to show cause and the opposition should be filed as separate

17  documents.  *Id.*  Despite this instruction, Plaintiff only filed an opposition to the motion to dismiss.

18  (*See* Pl.'s Opp'n, Dkt. No. 41.)  To date, Plaintiff has not responded to the order to show cause.

19          Accordingly, Plaintiff is ordered to respond to the July 27, 2015 Order to Show Cause on

20  or before **September 8, 2015**.  Specifically, Plaintiff must explain why she did not file a timely

21  opposition and why her case should not be dismissed for failure to prosecute. The Court will hold

22  a hearing on the order to show cause on September 17, 2015 alongside the hearing on Defendants'

23  motion to dismiss the first amended complaint.  Failure to file a timely response may result in the

24  dismissal of this action for failure to prosecute.

25          IT IS SO ORDERED.

26  Dated: August 26, 2015

27  KANDIS A. WESTMORE
    United States Magistrate Judge

28

United States District Court
Northern District of California